

# NUMBER 13-25-00573-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PARK PLACE WACO,
CD/PARK7 WACO OWNER, LP,
PARK7 DEVELOPMENT, LLC,
PARK7 GROUP, LLC, AND
PARK7 MANAGEMENT, LLC,                                    Appellants,

v.

EMMALEE WAFFORD,
CHRISTIE WAFFORD, AND
THOMAS WAFFORD,                                          Appellees.

## ON APPEAL FROM THE 170TH DISTRICT COURT
## OF MCLENNAN COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on a joint motion to vacate the trial court's judgment and dismiss the case.[1] *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties mediated this case and reached an agreement to resolve their disputes, and now they move to vacate the trial court's judgment and dismiss the case. *See id.* R. 42.1(a), 43.2(e).

We grant the joint motion, vacate the trial court's final judgment entered in 2025-1567-4 and dismiss the case. Additionally, costs are taxed against the party incurring the same, in accordance with the joint motion and parties' apparent agreement. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
26th day of March, 2026.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001.